## FULLER v. COPELAND FABRICS

No. 15P90

Case below: 96 N.C.App. 512

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.

## GUILFORD MILLS, INC. v. POWERS

No. 429PA89

Case below: 95 N.C.App. 417

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 February 1990.

## HENDRICKS v. HENDRICKS

No. 22P90

Case below: 96 N.C.App. 462

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 7 February 1990.

## IN RE ASSESSMENT AGAINST REYNOLDS TOBACCO CO.

No. 553P89

Case below: 96 N.C.App. 267

Petition by Secretary of Revenue for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.

## IN RE ESTATE OF FLETCHER

No. 546P89

Case below: 96 N.C.App. 275

Petition by Carol Fletcher Lanier for discretionary review pursuant to G.S. 7A-31 denied 7 February 1990.